**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00380-CV

## IN THE INTEREST OF C.M., A CHILD

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-09-12986

## ORDER

The clerk's record as been filed in this appeal. It contains appellant's affidavit of indigence and no contest was filed. The final decree of divorce reflects the hearing was recorded. This court previously ordered court reporter Donna Kindle to file either the reporter's record, but Ms. Kindle has neither filed the record nor communicated with the Court regarding the status of the record.

Accordingly, the Court **ORDERS** Donna Kindle, official court reporter of the 303rd Judicial District Court, to file the reporter's record in this appeal by **FEBRUARY 28, 2013**. Because the record is already ten months overdue, no extensions will be granted. If Donna Kindle does not file the reporter's record by the date specified, the Court will order that she not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dennise Garcia, Presiding Judge, 303rd Judicial District Court, and to Donna Kindle, official court reporter, 303rd Judicial District Court.

We **DIRECT** the Clerk to send copies of the order, by first-class mail, to:

Gwendolyn Marez
2602 Childs Street
Dallas, TX 75203

Martin Marez
3325 Coronet
Dallas, Texas 75212

/s/     DAVID LEWIS
        JUSTICE